# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BANNER LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:20-cv-00328-TMR |
| v. | ) ) | Judge Thomas M. Rose |
| GINA M. TOM, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff Banner Life Insurance Company's ("Banner") Motion for Leave to Deposit its Admitted Liability (the "Motion") seeking leave to deposit into the Court Registry insurance policy proceeds pursuant to Banner's Complaint for Interpleader and 28 U.S.C. § 1335, Fed. R. Civ. P. 67 and S.D. Ohio Loc. R. 77.2.

It is hereby ORDERED and ADJUDGED that the Motion is GRANTED as follows:

1. In accordance with 28 U.S.C. § 1335, Fed. R. Civ. P. 67 and S.D. Ohio Loc. R. 77.2, Banner is granted leave to deposit $39,259.00, plus any applicable interest thereon, into the Registry of the Court.

2. Banner shall serve the Clerk of Court a copy of this order permitting the deposit. The Clerk of the Court shall provide instructions to Banner to ensure proper deposit and credit to the Court Registry, and shall retain the funds pending ultimate disposition by order of this Court in the above-styled action.

ORDERED this 2nd day of December 2020.

*s/Thomas M. Rose
_____
UNITED STATES DISTRICT JUDGE